Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Judson College |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 63-0288850 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **302 Bibb St.** **Marion, AL 36756** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Perry** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   www.judson.edu

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Judson College | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☒ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6113__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ A plan is being filed with this petition.
     - ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ☒ No.
   - ☐ Yes.

   | District | _____ | When | _____ | Case number | _____ |
   | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | _____ | | Relationship | _____ |
    | District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Judson College | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply*.) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |     Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | |     Contact name _____ |
| | |     Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | Check one: |
|---|---|---|---|
| | | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | Judson College | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 8, 2024**
                         MM / DD / YYYY

**X** **/s/   Daphne R. Robinson**                                          **Daphne R. Robinson**
Signature of authorized representative of debtor                Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Alexandra K Garrett**                               Date  **January 8, 2024**
Signature of attorney for debtor                                           MM / DD / YYYY

**Alexandra K Garrett**
Printed name

**Silver Voit Garrett & Watkins**
Firm name

**4317-A Midmost Drive**
**Mobile, AL 36609**
Number, Street, City, State & ZIP Code

Contact phone   **(251) 343-0800**     Email address   **agarrett@silvervoit.com**

**GARRA3702 AL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | __Judson College__ |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 8, 2024__           X  /s/   __Daphne R. Robinson__
                                                   Signature of individual signing on behalf of debtor

                                                   __Daphne R. Robinson__
                                                   Printed name

                                                   __President__
                                                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Judson College**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF ALABAMA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| C.I.O.S. Foundation Attn: President P.O. Box 20815 Waco, TX 76702 | | Money Loaned | Disputed | | | $150,000.00 |
| First Cahawba Bank Attn: President 2610 Citizens Parkway Selma, AL 36701 | | Money Loaned | | | | $921,790.47 |
| Great America Financials Services Corp. Attn: President 625 First St. Cedar Rapids, IA 52401-2030 | | Equipment Lease Finance | Disputed | | | $49,956.45 |
| Marion Bank & Trust Attn: President 601 Washington St. Marion, AL 36756 | | Money Loaned | | | | $2,698,928.23 |
| Regions Bank Attn: Corporate Trust Dept. 1901 Sixth Ave. N. 28th Floor Birmingham, AL 35203 | | Accounts Receivable (Tuition and Student Fees Owed) | | $9,030,000.00 | $52,451.00 | $8,977,549.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 24-20004    Doc 1    Filed 01/08/24    Entered 01/08/24 17:43:49    Desc Main
Document    Page 6 of 16

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sage Dining Services, Inc. Attn: President 1402 York Rd., Suite 100** <br><br>**Lutherville Timonium, MD 21093** | | **Equipment loan** | | | | **$37,500.00** |
| **U.S. Department of Education Office of Federal Student Aid Bankruptcy Section 50 Nations Plaza Mailbox 1200 San Francisco, CA 94103** | | **Scholarships** | **Contingent Disputed** | | | **$277,752.00** |
| **West Alabama Bank & Trust Attn: Tab Swann, Regional Exec. 31 McFarland Blvd. Suite 100 Northport, AL 35476** | | **Money Loaned** | | | | **$1,610,207.19** |

# United States Bankruptcy Court
## Southern District of Alabama

In re **Judson College**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 8, 2024**

Signature **/s/ Daphne R. Robinson**  
**Daphne R. Robinson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

ALSB LBF 1007 (12/19)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

IN RE:

Debtor(s)  **Judson College**  ) Case No.
) 
) Chapter: **11**
)

## VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)

☒ Original
☐ Amendment
   ☐ Adding    ☐ Deleting

I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below only the number of creditors being added or deleted.

____ creditor(s) (or if amended, number of creditors added), as shown on attached list

____ creditor(s) to be deleted, as shown on attached list

**/s/ Daphne R. Robinson**
Debtor Signature                                    Joint Debtor Signature

**/s/ Alexandra K Garrett**                         **January 8, 2024**
Signature of Attorney                               Date

[*Check if applicable*]
☐ Creditors with foreign addresses included

1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF ALABAMA**

## OFFICIAL CREDITOR LIST GUIDELINES

The Official Creditor List must be provided to the court in electronic format and meet the requirements below:

- The name and address of each creditor must be five lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list because they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), Bankruptcy Administrator

Attorney Filers
Most bankruptcy preparation software packages can save the creditor list electronically in the proper format. Please check with your software company to see if you have this option.

Filers without an Attorney (Pro Se Debtors)
Filers without an attorney may submit a list of creditors to the clerk's office.

Verification of Creditor List
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification of Official Creditor List in the format provided by the Clerk.

Amendments
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the requirements above

```
C.I.O.S. Foundation
Attn: President
P.O. Box 20815
Waco, TX 76702


Dex Imaging
500 Staples Dr.
Framingham, MA 01702


Educational Bldg. Auth of City of Marion
City Hall
Marion, AL 36756


First Cahawba Bank
Attn: President
2610 Citizens Parkway
Selma, AL 36701


First Cahawba Bank
c/o James McNeill, Jr.
Hobbs & Haine, P.C. P.O. Box 1190
Selma, AL 36702-1190


Great America Financials Services Corp.
Attn: President
625 First St.
Cedar Rapids, IA 52401-2030


Judson Foundation
1101 Washington St.
Marion, AL 36756


Marion Bank & Trust
Attn: President
601 Washington St.
Marion, AL 36756
```

Marion Bank & Trust
c/o Patrick Sefton
Capell & Howard, P.C. 150 S. Perry St.
Montgomery, AL 36104


Regions Bank
Attn: Corporate Trust Dept.
1901 Sixth Ave. N. 28th Floor
Birmingham, AL 35203


Regions Bank
c/o Jeremy Retherford
Balch & Bingham LLP 1901 Sixth Ave. N.,
Birmingham, AL 35203


Sage Dining Services, Inc.
Attn: President
1402 York Rd., Suite 100
Lutherville Timonium, MD 21093


U.S. Department of Education
Office of Federal Student Aid
Bankruptcy Section 50 Nations Plaza Mail
San Francisco, CA 94103


West Alabama Bank & Trust
Attn: Tab Swann, Regional Exec.
31 McFarland Blvd. Suite 100
Northport, AL 35476


West Alabama Bank & Trust
c/o Robert P. Reynolds
Reynolds, Reynolds & Little, LLC Post Of
Tuscaloosa, AL 35403-2863

# United States Bankruptcy Court
## Southern District of Alabama

In re **Judson College**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Judson College** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

**January 8, 2024**
Date

/s/ Alexandra K Garrett
**Alexandra K Garrett**
Signature of Attorney or Litigant
Counsel for **Judson College**
**Silver Voit Garrett & Watkins**
**4317-A Midmost Drive**
**Mobile, AL 36609**
**(251) 343-0800  Fax:**
**agarrett@silvervoit.com**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

LOCAL FORM NO. 3

In re **Judson College**
Debtor(s)

Case No. _____

DECLARATION RE: ELECTRONIC FILING OF
(Check the applicable documents.)

- [x] Petition, Schedules, & Statements, and Accompanying Declarations; Amendments
- [x] Mailing Matrix Verification; Amendment to Mailing Matrix Verification
- [x] Affidavit in Support of Employment of Attorney or Other Professional
- [ ] Affidavit in Support of or in Opposition to Motion for Summary Judgment
- [ ] Verification Supporting Extension of Deadline to File Statements, Schedules, Chapter 13 Plan
- [ ] Verification of Chapter 11 Monthly Reports
- [ ] Other:(please describe)_____

**PART I - DECLARATION OF PETITIONER:**

I[We], **Daphne R. Robinson**, the undersigned debtor(s), or representative of the Debtor(s) **hereby declare under penalty of perjury as follows:**

(1) I(We) have reviewed the information contained in the documents designated (above, by check marks) in this Declaration to have been electronically filed in the captioned bankruptcy case (the Documents);

(2) (Only if the Debtor is a corporation or Partnership) that I(we) am(are) authorized to act for and on behalf of the debtor both in executing this Declaration and the Documents designated in this Declaration to have been electronically filed (the Documents);

(3) I(We) have authorized the electronic filing of these Documents by our attorney, or, if applicable, we have filed the Documents on our own behalf;

(4) My(Our) attorney shall retain the originally signed Documents subject to the Rules of the Bankruptcy Court for a period of one year after the case or proceeding in which the Documents have been filed has been closed;

(5) I (We) understand that this Declaration shall be maintained by the Clerk of the Bankruptcy Court;

(6) I (We) affirmatively state that my (our) electronic signature(s) contained on the Documents is (are) my(our) signatures for purposes of the filing of the Documents on the record of the docket of the bankruptcy case, and for all purposes authorized by law, and that My/our electronic signatures on the Documents is/are a Declaration, Certification, Verification or Statement to the same extent and shall have the same effect as our signatures on the original Documents;

(7) (If represented by counsel) I(We) have signed the Documents and this Declaration after discussion with our attorney, before the Documents were electronically filed.

DATED: **January 8, 2024**

Signed: _____  Signed: **/s/ Daphne R. Robinson**
(Debtor)                        **Daphne R. Robinson**
                                (Debtor Representative)

Signed: _____
(Joint Debtor)

## PART II–DECLARATION OF AFFIANT OTHER THAN PETITIONER

(1) I(We) have reviewed the information contained in the documents designated (above, by check marks) in this Declaration to have been electronically filed in the captioned bankruptcy case or proceeding (the Documents);

(2) I(We) have authorized the electronic filing of these Documents by the undersigned attorney, Trustee, Committee, or Party;

(3) The undersigned attorney, Trustee, Committee, or Party shall retain the originally signed Documents, subject to the Rules and Guidelines of the Bankruptcy Court, for a period of one year after the case or proceeding in which the Documents have been filed has been closed;

(4) I(We) understand that this Declaration shall be maintained by the Clerk of the Bankruptcy Court;

(5) I(We) affirmatively state that my (our) electronic signature(s) contained on the Documents is(are) my(our) signatures for purposes of the filing of the Documents on the record of the docket of the bankruptcy case, and for all purposes authorized by law, and that My/our electronic signatures on the Documents is/are a Declaration, Certification, Verification or Statement to the same extent and shall have the same effect as our signatures on the original Documents.

DATED: _____

Signed: _____
        (Affiant)

## PART III - DECLARATION OF ATTORNEY

**I declare under penalty of perjury** as follows:

(1) I have reviewed the Documents designated (above, by check marks) in this Declaration as having been filed on behalf of the named debtor(s) or (if applicable) the affiant (the Documents);
(2) The debtor(s) or representative of the debtor(s) or the affiant signed this Declaration after review of the originally signed Documents before I filed the Documents electronically on the docket of the record of this case or proceeding;
(3) I acknowledge and accept the responsibility to maintain the original signed Documents under my care, custody and control, subject to the rules of this Bankruptcy Court, for a period of one year after the case or proceeding in which the Documents were filed has been closed.

DATED: **January 8, 2024**

SIGNED: **/s/ Alexandra K Garrett**
**Alexandra K Garrett**
Attorney for Debtor(s) or Attorney for Affiant or Attorney for Party Submitting Affidavit or Trustee
**Silver Voit Garrett & Watkins**
**4317-A Midmost Drive**
**Mobile, AL 36609**
**(251) 343-0800  Fax:**

# U.S. BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In re: **Judson College** Debtor(s)   Case No. _____

## DEBTOR'S ELECTRONIC NOTICING REQUEST(DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☒ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time.

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form.*

*__Joint__ __debtors__ who each request enrollment or already have a DeBN account __must__ __file__ __separate__ __forms__.*

Signature   **/s/ Daphne R. Robinson**   Date: **January 8, 2024**

Print Name (and title if not the debtor):   **Daphne R. Robinson**
Email Address (type or print clearly):   **drobinson@judson.edu**