**Form notcorr**

# United States Bankruptcy Court

Southern District of Alabama

**Case No. 24–20004**
**Chapter 11**

In re:

Judson College
302 Bibb St.
Marion, AL 36756

Employer Tax ID / Other nos.:
63–0288850

## *NOTICE TO CORRECT*

   Notice to Debtor(s) of Incomplete Filing(s): Disclosure of Compensation of Attorney For Debtor (Official Form 2030). Schedule A/B – Property (Official Form 206A/B). Schedule D – Creditors Who Hold Claims Secured By Property (Official Form 206D). Schedule E/F – Creditors Who Have Unsecured Claims (Official Form 206E/F). Schedule G – Executory Contracts and Unexpired Leases (Official Form 206G). Schedule H – Your Codebtors (Official Form 206H). Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 206Sum). Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 207). Failure to file the required document(s), by the deadline, will result in a Show Cause hearing. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Judson College). Incomplete Filings due by 1/23/2024. (LJM)

Dated: 1/9/24

*Andrea D. Redmon*
**CLERK, U.S. BANKRUPTCY COURT**