IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Judson College, | ) | Case No. 24-20004 |
| | ) | |
| Debtor(s). | ) | |

ORDER GRANTING MOTION TO TRANSFER CASE TO OTHER DIVISION

Debtor's motion to transfer division (doc. 18) is granted, and this case is hereby transferred from the Northern Division of this district to the Southern Division. The federal courthouse in the Northern Division is currently closed for renovations and the temporary space being used by the court for hearings in Selma is not large enough to accommodate the participants in this case. The court has also reviewed the list of creditors in this case and notes that there do not appear to be any non-corporate creditors who would be adversary affected by a transfer. The court will reset the status hearing and the application to employ debtor's counsel to an in-person docket in Mobile.

Dated: January 10, 2024

HENRY A. CALLAWAY
U.S. BANKRUPTCY JUDGE