**Fill in this information to identify the case:**

Debtor name: Judson College

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | West Alabama Bank and Trust | Checking | 8986 | $4,098.03 |
| 3.2. | Trustmark National Bank | Checking | 8227 | $230,993.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $235,091.03
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | Judson College | Case number (If known) | |
|---|---|---|---|
| | Name | | |

| | 11b. Over 90 days old: | 448,333.00 | - | 395,882.00 | =.... | $52,451.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**  $52,451.00

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                    % of ownership

    15.1.  396 shares of stock in Marion Bank & Trust     396 shares %    N/A                         $43,310.52

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**  $43,310.52

    Add lines 14 through 16.   Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☒ Yes Fill in the information below.

| General description
Include year, make, model, and identification numbers
(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest
(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1. 2009 GMC Savana
          VIN: 1GJHG35K791151203          $0.00    Debtor's Estimate    $5,500.00

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    Lawn Mower                            $0.00    Debtor's Estimate    $100.00

51. **Total of Part 8.**                                                $5,600.00

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

    | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 55.1. 303 East Lafayette Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $45,000.00 | Comparable sale | $45,000.00 |
    | 55.2. 302 East Lafayette Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $79,000.00 | Comparable sale | $79,000.00 |
    | 55.3. 210 East Lafayette Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $79,000.00 | Comparable sale | $79,000.00 |

| Debtor | Judson College | Case number (If known) | |
|---|---|---|---|
| | Name | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.4. | 401 Bibb Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $92,000.00 | Comparable sale | | $92,000.00 |
| 55.5. | 405 Bibb Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $75,000.00 | Comparable sale | | $75,000.00 |
| 55.6. | 201 Troupe Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $65,000.00 | Comparable sale | | $65,000.00 |
| 55.7. | 2/10 mineral interest<br>Parcel #22-03-07-02<br>Cleburne County, AL | Tenancy in Common | $620.00 | N/A | | $124.00 |
| 55.8. | Vacant Lot<br>Parcel #052B282<br>Lot 369 Sec 2 Four Seasons<br>Newnan, Coweta County, GA | Fee Simple | $50.00 | Tax Appraisal | | $50.00 |
| 55.9. | 1.9 Acres Land<br>Parcel 09-07-35-0-001-023.001<br>Etowah County, AL | Fee Simple | $7,000.00 | Tax Appraisal | | $7,000.00 |
| 55.10. | 2.8 Acres Land<br>Parcel 09-07-35-0-001-002.001<br>Etowah County, GA | Fee Simple | $32,100.00 | Tax Appraisal | | $32,100.00 |
| 55.11. | Parcel 27-09-32-4-003-014.000<br>Sylacauga, Talladega County, AL | Fee Simple | Unknown | Debtor's Estimate | | $1,000.00 |

56. **Total of Part 9.**  $475,274.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 4

| | Debtor | Judson College | Case number *(If known)* | |
|---|---|---|---|---|
| | | Name | | |

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** *(Where available)* | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> Trademark on Judson College Seal | $0.00 | Debtor's Estimate | $1.00 |
| 61. | **Internet domain names and websites** <br> Judson.edu domain name | $0.00 | Debtor's Estimate | $1.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** <br> Add lines 60 through 65. Copy the total to line 89. | | | $2.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☒ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☒ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | Traveler's Insurance General Liability Policy | $1.00 |
| | Progressive Auto Policy | $1.00 |

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 5

| | | |
|---|---|---|
| Debtor | Judson College | Case number *(If known)* |
| | Name | |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Cause of action pending against trustee in Judson College v. Robertson Banking Co. as Trustee for the Elizabeth C. Liver Testamentary Trust, Perry County Circuit Court, CV-23-900010 — Unknown
- Nature of claim: Breach of Fiduciary Duty
- Amount requested: $1,000,000.00

Cause of action pending against insurance company in Judson College, et al. v. Indian Harbor Ins. Co., et al., Perry County Circuit Ct. CV-23-900035.00 — $342,480.33
- Nature of claim: Wrongful denial of insurance claims
- Amount requested: $342,480.33

Counterclaim pending against trustee in Trustmark National Bank as Trustee of Bonnie F. Faulkner Charitable Trust v. Judson College and University of Mobile, Circuit Court of Tuscaloosa County, AL, CV-22-900884 — $100,000.00
- Nature of claim: Breach of Fiduciary Duty
- Amount requested: $100,000.00

Claim against National Advisors Trust for settlement distribution — $30,000.00
- Nature of claim: Settlement Distribution
- Amount requested: $30,000.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Claim against Judson Foundation for reimbursable expenses — $169,304.05
- Nature of claim: Unreimbursed Expenses
- Amount requested: $169,304.05

**76.** **Trusts, equitable or future interests in property**

Debtor's limited and contingent right, under that certain order entered by the Perry County Circuit Court on August 4, 2023 in that case styled In re Judson College, Case No. CV-23-900034 to utilize approximately $7,331,412.25 in otherwise restricted endowment funds to pay its operational expenses and debts pursuant to a confirmed Chapter 11 plan. — Unknown

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.** — $641,786.38

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No

Debtor    Judson College                                    Case number *(If known)*
          Name

☐ Yes

Debtor   Judson College                                    Case number *(If known)*
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $235,091.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $52,451.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $43,310.52 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......> | | $475,274.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $641,786.38 | |
| 91. **Total.** Add lines 80 through 90 for each column | $978,240.93 | + 91b.   $475,274.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,453,514.93 |

**Fill in this information to identify the case:**

Debtor name: Judson College

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 **Regions Bank**<br>Creditor's Name<br>Attn: Corporate Trust Dept.<br>1901 Sixth Ave. N. 28th Floor<br>Birmingham, AL 35203<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>10-01-2010<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Accounts Receivable (Tuition and Student Fees Owed)<br><br>**Describe the lien**<br>UCC-1 Lease<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,030,000.00 | $52,451.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — $9,030,000.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Regions Bank<br>c/o Jeremy Retherford<br>Balch & Bingham LLP<br>1901 Sixth Ave. N., Ste. 1500<br><br>Birmingham, AL 35203 | Line 2.1 | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>C.I.O.S. Foundation<br>Attn: President<br>P.O. Box 20815<br>Waco, TX 76702 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $150,000.00 |
| | Date(s) debt was incurred  10-22-2018 | Basis for the claim:  Money Loaned | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Fastenal Company<br>2001 Theurer Blvd<br>Attn: Legal<br>Winona, MN 55987 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $18.32 |
| | Date(s) debt was incurred  08/24/2018 | Basis for the claim:  Goods Sold | |
| | Last 4 digits of account number  0360 | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>First Cahawba Bank<br>Attn: President<br>2610 Citizens Parkway<br>Selma, AL 36701 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $921,790.47 |
| | Date(s) debt was incurred  03-25-2022 | Basis for the claim:  Money Loaned | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Great America Financials Services Corp.<br>Attn: President<br>625 First St.<br>Cedar Rapids, IA 52401-2030 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $49,956.45 |
| | Date(s) debt was incurred  01/08/2020 | Basis for the claim:  Equipment Lease Finance | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Judson College | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Marion Bank & Trust<br>Attn: President<br>601 Washington St.<br><br>Marion, AL 36756 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,698,928.23 |
|---|---|---|---|
| | Date(s) debt was incurred 05-15-2019 | Basis for the claim: Money Loaned | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Sage Dining Services, Inc.<br>Attn: President<br>1402 York Rd., Suite 100<br><br>Lutherville Timonium, MD 21093 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred 03-29-2019 | Basis for the claim: Equipment loan | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>U.S. Department of Education<br>Office of Federal Student Aid<br>Bankruptcy Section<br>50 Nations Plaza<br>Mailbox 1200<br>San Francisco, CA 94103 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | $277,752.00 |
|---|---|---|---|
| | Date(s) debt was incurred 2021 | Basis for the claim: Scholarships | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>West Alabama Bank & Trust<br>Attn: Tab Swann, Regional Exec.<br>31 McFarland Blvd. Suite 100<br>Northport, AL 35476 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,610,207.19 |
|---|---|---|---|
| | Date(s) debt was incurred 02-12-2021 | Basis for the claim: Money Loaned | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | First Cahawba Bank<br>c/o James McNeill, Jr.<br>Hobbs & Haine, P.C.<br>P.O. Box 1190<br>Selma, AL 36702-1190 | Line 3.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Marion Bank & Trust<br>c/o Patrick Sefton<br>Capell & Howard, P.C.<br>150 S. Perry St.<br>Montgomery, AL 36104 | Line 3.5<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Judson College | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | West Alabama Bank & Trust<br>c/o Robert P. Reynolds<br>Reynolds, Reynolds & Little, LLC<br>Post Office Box 2863<br><br>Tuscaloosa, AL 35403-2863 | Line 3.8<br><br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,746,152.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 5,746,152.66 |

**Fill in this information to identify the case:**

Debtor name: Judson College

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Konica Minolta copiers, printers, fax machines, faxes, and similar equipment. | |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | Dex Imaging<br>500 Staples Dr.<br>Framingham, MA 01702 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for campus real property dated 10-01-2010 and pledged as security for revenue bonds | |
| | State the term remaining | 204 months | |
| | List the contract number of any government contract | | Educational Bldg. Auth of City of Marion<br>City Hall<br>Marion, AL 36756 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Jewett Hall (administration building) | |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | Judson Foundation<br>1101 Washington St.<br>Marion, AL 36756 |

**Fill in this information to identify the case:**

Debtor name: Judson College

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors            12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |