UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**In re:**

**JUDSON COLLEGE, INC.,**

                **Debtor**.

Chapter 11

Case No. 24-20004

## CUMULATIVE STATEMENT OF AMENDMENTS TO SCHEDULES

Pursuant to Local Bankruptcy Rule 1009-1(b), below is a description of all amendments to schedules filed by debtor(s) to date:

1. Debtor filed Amended Form 202, Declaration Under Penalty of Perjury to ratify Schedules A/B, D, E/F, and G, its Form 206 Summary of Assets and Liabilities, and Amended List of Creditors Who Have the 20 Largest Claims;

2. Debtor filed its Amended Form 204, List of Creditors Who Have the 20 Largest Claims;

3. Debtor filed its Form 06 Summary of Assets and Liabilities;

4. Debtor filed its Schedules A/B, D, E/F, and G;

5. Debtor filed its Statement of Financial Affairs; and

6. Debtor filed its Amended Creditor Matrix and Supplemental Verification of Official Creditor List, adding one creditor: Fastenal Company, 2001 Theurer Blvd., Attn: Legal, Winona, MN 55987.

Pursuant to Local Bankruptcy Rule 1009-1(a), debtor(s) and their counsel represent that the claims of any added creditors arose prepetition.

1

/s/ Alexandra K. Garrett
Alexandra K. Garrett
Jason R. Watkins
SILVER, VOIT GARRETT & WATKINS
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251-343-0800
E-mail: agarrett@silvervoit.com
jwatkins@silvervoit.com
LS-9025-15409

/s/ Jay R. Bender
Jay R. Bender
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: 205-521-8000
E-mail: jbender@bradley.com,
jbailey@bradley.com

Attorneys for Judson College

CERTIFICATE OF SERVICE

I, Alexandra K. Garrett, do hereby certify that I filed a copy of the foregoing *Cumulative Statement of Amendments* with the Court using the EM/ECF filing system and served the same upon the following counsel, creditors, and parties in interest on January 23, 2024 in the manner set forth below:

**By Electronic Service:**

BANKRUPTCY ADMINISTRATOR
mark_zimlich@alsba.uscourts.gov

J. Evans Bailey on behalf of Interested Party Alabama Baptist State Convention
ebailey@rushtonstakely.com

J. Evans Bailey on behalf of Interested Party State Board of Missions of the Alabama Baptist State Convention
ebailey@rushtonstakely.com

2

J. Evans Bailey on behalf of Interested Party Rick Lance
ebailey@rushtonstakely.com

James Blake Bailey on behalf of Debtor 1 Judson College
jbailey@bradley.com, jbailey@ecf.courtdrive.com

Jay R. Bender on behalf of Debtor 1 Judson College
jbender@bradley.com, hball@ba-boult.com

Frederick D. Clarke on behalf of Creditor Ad Hoc Committee of Bondholders
fclarke@rumberger.com, ldowner@rumberger.com;docketingorlando@rumberger.com

Alexandra K. Garrett on behalf of Debtor 1 Judson College
agarrett@silvervoit.com,
notices@silvervoit.com,g35461@notify.cincompass.com;garrett.alexandrak.b@notify.bestcase.com

Debra Lewis on behalf of Creditor Regions Bank
dlewis@balch.com

Jeremy L. Retherford on behalf of Creditor Regions Bank
jretherford@balch.com, blankford@balch.com

Robert P. Reynolds on behalf of Creditor West Alabama Bank & Trust
rreynolds@rrllaw.com

Daniel D. Sparks on behalf of Debtor 1 Judson College
ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com

Jason R. Watkins on behalf of Debtor 1 Judson College
jwatkins@silvervoit.com, JAY@ecf.courtdrive.com;ohock@silvervoit.com

R. Scott Williams on behalf of Creditor Ad Hoc Committee of Bondholders
swilliams@rumberger.com,
docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumberger.com


**By First Class U.S. Mail, Postage Prepaid:**

C.I.O.S. Foundation
Attn.: President
P.O. Box 20815
Waco, TX 76702

3

Dex Imaging
500 Staples Dr.
Framingham, MA 01702

Educational Bldg. Auth of City of Marion
City Hall
Marion, AL 36756

First Cahawba Bank
Attn : President
2610 Citizens Parkway
Selma, AL 36701

First Cahawba Bank
c/o James McNeill, Jr.
Hobbs & Haine, P.C. P.O. Box 1190
Selma, AL 36702-1190

Great America Financials Services Corp.
Attn: President
625 First St.
Cedar Rapids, IA 52401-2030

Judson Foundation
1101 Washington St.
Marion, AL 36756

Marion Bank & Trust
Attn: President
601 Washington St.
Marion, AL 36756

Marion Bank & Trust
c/o Patrick Sefton
Capell & Howard, P.C.
150 S. Perry St.
Montgomery, AL 36104

Sage Dining Services, Inc.
Attn: President
1402 York Rd. , Suite 100
Lutherville Timonium, MD 21093

U.S. Department of Education
Office of Federal Student Aid
Bankruptcy Section 50 Nations Plaza Mall

San Francisco, CA 94103

West Alabama Bank & Trust
Attn: Tab Swann, Regional Exec.
31 McFarland Blvd. Suite 100
Northport, AL 35476

West Alabama Bank & Trust
c/o Robert P. Reynolds
Reynolds, Reynolds & Little, LLC Post of
Tuscaloosa, AL 35403-2863

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987

                    */s/ Alexandra K Garrett*
                    Alexandra K. Garrett