IN RE:  JUDSON COLLEGE, INC.                    CASE NO:  24-20004-HAC

PETITION DATE: 1/8/2024                    INTAKE MEETING DATE: 1/23/2024

TYPE OF DEBTOR: _College -_____

## STIPULATION

**REPORTS**

**BA-1 (Monthly Report) Due by 15th of Month**

| | | |
|---|---|---|
| ✓ | Statement of Affirmations | |
| ✓ | Cash Receipts & Disbursements | |
| N/A | Income Statement | |
| ✓ | Business Account Receivables | |
| ✓ | Business Disbursements | |
| ✓ | Business Debtor's Tax Payments | |
| ✓ | Business Debtor's Bank accounts | |
| ✓ | Payroll | |
| N/A | Inventory | |
| ✓ | Pre-Petition Payments | |
| ✓ | Post-Petition Accounts Payable | |

First Report, for month ending _January 2024_ due on _February 15,_ and on the 15th of each month thereafter. _2024_

**BA-2 (Quarterly Report)**

| | | |
|---|---|---|
| ✓ | Quarterly Fee Statement | |
| ✓ | Bank Accounts | |
| N/A | Balance Sheet | |

First Report, for quarter ending _March 2024_ due on _April 15,_ and on the 15th of each quarter thereafter. _2024_

**BA-3 (Filed by Counsel)**

| | | |
|---|---|---|
| ✓ | Quarterly Statement of Legal Services | |

First Report, for quarter ending _March 2024_ due on _April 15,_ and on the 15th of each quarter thereafter. _2024_

**OTHER DOCUMENTS**

| | | | |
|---|---|---|---|
| N/A | Information Form | Filed?_____ | Due: _N/A_ |
| ✓ | Depository Notification Form | Filed?_____ | Due: _1-30_ |
| ✓ | Statement of Salaries & Compensation | Filed?_____ | Due: _1-30_ |
| ✓ | Federal & State Tax Returns | Filed?_____ | Due: _1-30_ |
| | Last Year Filed: _2022_ | | |
| ✓ | Proof of Insurance | Filed?_____ | Due: _1-30_ |
| ✓ | Ch. 11 Case Management Summary | Filed?_____ | Due: _1-23_ |

_[signature]_
Debtor

_[signature]_
Attorney for Debtor

_[signature]_
Bankruptcy Administrator

Date: _1-23-24_

Stipulation for Business Debtor