**Form boc**

# United States Bankruptcy Court

Southern District of Alabama

## Case No. <u>24–20004</u>
**Chapter 11**

In re:

Judson College  
302 Bibb St.  
Marion, AL 36756

Employer Tax ID / Other nos.:  
63–0288850

## AMENDED NOTICE OF BILL OF COSTS FOR COURT FEES

You are hereby notified that **Alexandra K. Garrett** owes **$34.00** for court fees required by 28 USC §1930:

*59* – Cumulative Statement of Amendments to Schedules Filed by Debtor 1 Judson College (related document(s)52 Summary of Assets and Liabilities Schedules, 53 Schedule(s), 54 Statement of Financial Affairs, 55 Declaration Under Penalty of Perjury, 56 20 Largest Unsecured Creditors, 57 Verification of Official Creditor List (Initial or Supplemental)). (Garrett, Alexandra)

Payment is due now.

For debtor(s) represented by an attorney: Please take payment to your attorney and your attorney will make payment directly to the court.

For debtor(s) not represented by an attorney: The clerk's office does not accept personal checks or credit cards from the debtor. You must pay the fee in cash, money order, or cashier's check. Please make payment payable to:

*Clerk of Bankruptcy Court*  
*U. S. Bankruptcy Court*  
*113 St. Joseph Street*  
*Mobile, AL  36602*

Dated: 1/23/24

*Andrea D. Redmon*  
**CLERK, U.S. BANKRUPTCY COURT**