UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SELMA DIVISION

**In re:**

**JUDSON COLLEGE, INC.,**

                  **Debtor**.

Chapter 11

Case No. 23-20004

### DEBTOR'S STATEMENT OF SALARIES, COMPENSATION AND BENEFITS

Debtor JUDSON COLLEGE states that it pays salary, compensation, and benefits to its principals and officers as follows:

1. Daphne R. Robinson is President, and she is paid an annual salary of $72,000.00.

2. Charlotte S. Clements is Vice President, and she is paid an annual salary of $35,000.00. She received reimbursement expense in the amount of $109.46 for 2023.

3. Traci Foster is Associate VP of Data Management and IT, and she is paid an annual salary of $35,000.00. She received reimbursement expense in the amount of $2,246.55 for 2023.

                                                */s/ Alexandra K. Garrett*
                                                Alexandra K. Garrett
                                                Jason R. Watkins
                                                SILVER, VOIT GARRETT & WATKINS
                                                Attorneys at Law, P.C.
                                                4317-A Midmost Drive
                                                Mobile, AL 36609-5589
                                                Telephone: 251-343-0800
                                                E-mail: agarrett@silvervoit.com
                                                jwatkins@silvervoit.com
                                                LS-9025-15409

                                                */s/ Jay R. Bender*
                                                Jay R. Bender
                                                BRADLEY ARANT BOULT CUMMINGS LLP

1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: 205-521-8000
E-mail: jbender@bradley.com,
jbailey@bradley.com

Attorneys for Judson College

CERTIFICATE OF SERVICE

I, Alexandra K. Garrett, do hereby certify that I filed a copy of the foregoing *Debtor's Statement of Salaries, Compensation and Benefits* with the Court using the EM/ECF filing system and served the same upon the following counsel, creditors, and parties in interest on January 23, 2024:

**By Electronic Service:**

Richard E. Smith on behalf of Debtor Judson College
RESmith@csattorneys.com,

McClees, J. Rushton, counsel for Indemnity Claimant Joseph W. Matthews, Jr.
rushton.mcclees@dentons.com,

Baugh, Robert, counsel for Indemnity Claimant Joseph W. Matthew, Jr.
robert.baugh@dentons.com

Windsor, Alyse, counsel for Indemnity Claimant Joseph W. Matthew, Jr.
alyse.windsor@dentons.com,

Sela Blanton, counsel for Indemnity Claimants Daphne R. Robinson and James Hopson Sanford
sblanton@bainbridgemims.com,

Bruce Rogers, counsel for Indemnity Claimants Daphne Robinson and James Hopson Sanford
brogers@bainbridgemims.com,

Rachel J. Moore, proposed Special Counsel for Judson College
rjmoore@csattorneys.com,

Dennis Bailey, counsel for the Baptist Entities
DRB@rushtonstakely.com,

Pat Sefton, counsel for Marion Bank & Trust
pat.sefton@chlaw.com,

Rediker, Mike, counsel for Consenting Bondholders

mrediker@rumberger.com,

James McNeill, Jr., counsel for First Cahawba Bank
jbm@hhpclaw.com,

Evans Bailey, proposed Special Counsel for Judson College
ebailey@rushtonstakely.com,
ssalter@starneslaw.com,

Jonie E. Adams, proposed Special Counsel for Judson College
jeadams@csattorneys.com,

Herren, Wood on behalf of Judson College
wherren@bradley.com,

Tidmore, Ethan on behalf of Judson College
etidmore@bradley.com,

Wilson Green, proposed Special Counsel for Judson College
wgreen@fleenorgreen.com

C. Edward Dobbs Esq., Mediator
edobbs@phrd.com,

James Blake Bailey on behalf of Debtor 1 Judson College
jbailey@bradley.com, jbailey@ecf.courtdrive.com

Jay R. Bender on behalf of Debtor 1 Judson College
jbender@ba-boult.com, hball@ba-boult.com

Frederick D. Clarke on behalf of Creditor Ad Hoc Committee of Bondholders
fclarke@rumberger.com, ldowner@rumberger.com;docketingorlando@rumberger.com

Alexandra K. Garrett on behalf of Debtor 1 Judson College
agarrett@silvervoit.com, notices@silvervoit.com,G35461@notify.cincompass.com

Debra Lewis on behalf of Creditor Regions Bank
dlewis@balch.com

Jeremy L. Retherford on behalf of Creditor Regions Bank
jretherford@balch.com, blankford@balch.com

Robert P. Reynolds on behalf of Creditor West Alabama Bank & Trust
rreynolds@rrllaw.com

Daniel D. Sparks on behalf of Debtor 1 Judson College

ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com

Jason R. Watkins on behalf of Debtor 1 Judson College
jwatkins@silvervoit.com, JAY@ecf.courtdrive.com;ohock@silvervoit.com

R. Scott Williams on behalf of Creditor Ad Hoc Committee of Bondholders
swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumberger.com

BANKRUPTCY ADMINISTRATOR
mark_zimlich@alsba.uscourts.gov

**By First Class U.S. Mail, Postage Prepaid:**

C.I.O.S. Foundation
Attn.: President
P.O. Box 20815
Waco, TX 76702

Dex Imaging
500 Staples Dr.
Framingham, MA 01702

Educational Bldg. Auth of City of Marion
City Hall
Marion, AL 36756

First Cahawba Bank
Attn : President
2610 Citizens Parkway
Selma, AL 36701

First Cahawba Bank
c/o James McNeill, Jr.
Hobbs & Haine, P.C. P.O. Box 1190
Selma, AL 36702-1190

Great America Financials Services Corp.
Attn: President
625 First St.
Cedar Rapids, IA 52401-2030


Judson Foundation

1101 Washington St.
Marion, AL 36756

Marion Bank & Trust
Attn: President
601 Washington St.
Marion, AL 36756

Marion Bank & Trust
c/o Patrick Sefton
Capell & Howard, P.C.
150 S. Perry St.
Montgomery, AL 36104

Regions Bank
Attn: Corporate Trust Dept.
1901 Sixth Ave. N. 28th Floor
Birmingham, AL 35203

Regions Bank
c/o Jeremy Retherford
Balch & Bingham LLP
1901 Sixth Av. N. ,
Birmingham, AL 35203

Sage Dining Services, Inc.
Attn: President
1402 York Rd. , Suite 100
Lutherville Timonium, MD 21093

U.S. Department of Education
Office of Federal Student Aid
Bankruptcy Section 50 Nations Plaza Mall
San Francisco, CA 94103

West Alabama Bank & Trust
Attn: Tab Swann, Regional Exec.
31 McFarland Blvd. Suite 100
Northport, AL 35476

West Alabama Bank & Trust
c/o Robert P. Reynolds
Reynolds, Reynolds & Little, LLC Post of
Tuscaloosa, AL 35403-2863

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987

                                      */s/ Alexandra K Garrett*
                                      Alexandra K. Garrett