UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In re:

JUDSON COLLEGE,                            CASE NO. 24-20004-HAC

    Debtor.

## ORDER

Pursuant to 11 U.S.C. §1102 requiring the Court to appoint a Committee of Creditors holding unsecured claims, the Court was advised of the names of the twenty (20) largest unsecured creditors. Written request was sent to the creditors. No notice is necessary prior to appointment and no objections have been raised. It appearing to the Court that no acceptances have been received and no Creditors' Committee is to be appointed.

It is ORDERED that no Creditors' Committee be appointed in the above captioned Chapter 11 case.

Dated: February 6, 2024

                                        HENRY A. CALLAWAY
                                        U.S. BANKRUPTCY JUDGE