**Fill in this information to identify the case:**

Debtor name: Judson College

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (if known): _____

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | West Alabama Bank and Trust | Checking | 8986 | $4,098.03 |
   | 3.2. | Trustmark National Bank | Checking | 8227 | $230,993.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $235,091.03
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

---

Official Form 206A/B Schedule A/B Assets - Real and Personal Property page 1
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case 24-20004 Doc  Filed 02/08/24 Entered 02/08/24 13:17:29 Desc Main
Document Page 1 of 8

Debtor  Judson College                               Case number *(If known)*
        Name

| 11b. Over 90 days old: | 448,333.00 | – | 395,882.00 | =.... | $52,451.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                $52,451.00

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

### Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ☒ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                              % of ownership

    15.1.  396 shares of stock in Marion Bank & Trust    396 shares  %    N/A                          $43,310.52

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                $43,310.52

    Add lines 14 through 16.   Copy the total to line 83.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  Judson College                                   Case number (If known)
        Name

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1.  2009 GMC Savana
           VIN:  1GJHG35K791151203            $0.00    Debtor's Estimate          $5,500.00

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    Lawn Mower                                $0.00    Debtor's Estimate            $100.00

51. **Total of Part 8.**                                                            $5,600.00

    Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.   Go to Part 10.
    ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

    | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 55.1.<br>246.5 acres in Dale County | Life Estate under Last Will and Testament of Marie Donnell | Unknown | | Unknown |
    | 55.2.  303 East Lafayette Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $45,000.00 | Comparable sale | $45,000.00 |
    | 55.3.  302 East Lafayette Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $79,000.00 | Comparable sale | $79,000.00 |

| Debtor | Judson College | | Case number *(If known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.4. | 210 East Lafayette Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $79,000.00 | Comparable sale | $79,000.00 |
| 55.5. | 401 Bibb Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $92,000.00 | Comparable sale | $92,000.00 |
| 55.6. | 405 Bibb Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $75,000.00 | Comparable sale | $75,000.00 |
| 55.7. | 201 Troupe Street<br>Marion, AL 36756<br>Single Family Dwelling | Fee Simple | $65,000.00 | Comparable sale | $65,000.00 |
| 55.8. | 2/10 mineral interest<br>Parcel #22-03-07-02<br>Cleburne County, AL | Tenancy in Common | $620.00 | N/A | $124.00 |
| 55.9. | Vacant Lot<br>Parcel #052B282<br>Lot 369 Sec 2 Four Seasons<br>Newnan, Coweta County, GA | Fee Simple | $50.00 | Tax Appraisal | $50.00 |
| 55.10. | 1.9 Acres Land<br>Parcel 09-07-35-0-001-023.001<br>Etowah County, AL | Fee Simple | $7,000.00 | Tax Appraisal | $7,000.00 |
| 55.11. | 2.8 Acres Land<br>Parcel 09-07-35-0-001-002.001<br>Etowah County, GA | Fee Simple | $32,100.00 | Tax Appraisal | $32,100.00 |
| 55.12. | Parcel 27-09-32-4-003-014.000<br>Sylacauga, Talladega County, AL | Fee Simple | Unknown | Debtor's Estimate | $1,000.00 |

56. **Total of Part 9.**  $475,274.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

| Debtor | Judson College | Case number (If known) | |
|---|---|---|---|
| | Name | | |

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Trademark on Judson College Seal | $0.00 | Debtor's Estimate | $1.00 |
| 61. | **Internet domain names and websites**<br>Judson.edu domain name | $0.00 | Debtor's Estimate | $1.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** $2.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |

| Debtor | Judson College | Case number (If known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| | Traveler's Insurance General Liability Policy | $1.00 |
| | Progressive Auto Policy | $1.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Cause of action pending against trustee in Judson College v. Robertson Banking Co. as Trustee for the Elizabeth C. Liver Testamentary Trust, Perry County Circuit Court, CV-23-900010 — Unknown

| Nature of claim | Breach of Fiduciary Duty |
|---|---|
| Amount requested | $1,000,000.00 |

Cause of action pending against insurance company in Judson College, et al. v. Indian Harbor Ins. Co., et al., Perry County Circuit Ct. CV-23-900035.00 — $342,480.33

| Nature of claim | Wrongful denial of insurance claims |
|---|---|
| Amount requested | $342,480.33 |

Counterclaim pending against trustee in Trustmark National Bank as Trustee of Bonnie F. Faulkner Charitable Trust v. Judson College and University of Mobile, Circuit Court of Tuscaloosa County, AL, CV-22-900884 — $100,000.00

| Nature of claim | Breach of Fiduciary Duty |
|---|---|
| Amount requested | $100,000.00 |

Claim against National Advisors Trust for settlement distribution — $30,000.00

| Nature of claim | Settlement Distribution |
|---|---|
| Amount requested | $30,000.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Claim against Judson Foundation for reimbursable expenses — $169,304.05

| Nature of claim | Unreimbursed Expenses |
|---|---|
| Amount requested | $169,304.05 |

76. **Trusts, equitable or future interests in property**

Debtor's limited and contingent right, under that certain order entered by the Perry County Circuit Court on August 4, 2023 in that case styled In re Judson College, Case No. CV-23-900034 to utilize approximately $7,331,412.25 in otherwise restricted endowment funds to pay its operational expenses and debts pursuant to a confirmed Chapter 11 plan. — Unknown

77. **Other property of any kind not already listed** *Examples:* Season tickets,

| Debtor | Judson College | Case number (If known) | |
|---|---|---|---|
| | Name | | |

country club membership

78. **Total of Part 11.**  $641,786.38

   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

| Debtor | Judson College | Case number (If known) | |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $235,091.03 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $52,451.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $43,310.52 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,600.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*...........> | | $475,274.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $641,786.38 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $978,240.93 + 91b. | $475,274.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,453,514.93 |

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 8