# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**In re:**

**JUDSON COLLEGE,**

                **Debtor**.

Chapter 11

Case No. 24-20004

## CUMULATIVE STATEMENT OF AMENDMENTS TO SCHEDULES

Pursuant to Local Bankruptcy Rule 1009-1(b), below is a description of all amendments to schedules filed by debtor(s) to date:

<u>On January 22, 2024, the Debtor made the following amendments:</u>

1. Debtor filed Amended Form 202, Declaration Under Penalty of Perjury to ratify Schedules A/B, D, E/F, and G, its Form 206 Summary of Assets and Liabilities, and Amended List of Creditors Who Have the 20 Largest Claims;

2. Debtor filed its Amended Form 204, List of Creditors Who Have the 20 Largest Claims;

3. Debtor filed its Form 06 Summary of Assets and Liabilities;

4. Debtor filed its Schedules A/B, D, E/F, and G;

5. Debtor filed its Statement of Financial Affairs; and

6. Debtor filed its Amended Creditor Matrix and Supplemental Verification of Official Creditor List, adding one creditor: Fastenal Company, 2001 Theurer Blvd., Attn: Legal, Winona, MN 55987.

<u>On February 8, 2024, the Debtor made the following amendments:</u>

1

1. Debtor filed its Amended Form 206 Schedule A/B: Assets – Real and Personal Property to add a life estate in 246.5 acres in Dale County Alabama under Last Will and Testament of Marie Donnell;

2. Debtor filed its Amended Form 206 Schedules E/F, to add the creditors listed in paragraph 3 below;

3. Debtor filed its Amended Creditor Matrix and Supplemental Verification of Official Creditor List, to reflect the addition of creditors to Schedules E/F as follows:

Daphne Robinson and James Hopson Sanford
c/o Bruce Rogers, Sela Stroud Blanton
Bainbridge Mims Rogers Smith LLP
600 Luckie Drive, Suite 415
Birmingham, AL 35223

Dr. Joan Vignes Newman
c/o Richard E. Smith
Christian & Small
505 North 20th Street, Suite 1800
Birmingham, AL 35203

Dr. Judith Favor
c/o Robert Baugh
Dentons Sirote P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Joseph W. Matthews, Jr.
c/o J. Rushton McClees
Dentons Sirote P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Charles F. Dunkin, Roy A. Barnett, Jr., and Bruce Fuller
c/o Maxwell H. Pulliam
Maxwell H. Pulliam LLC
301 19th Street North, Suite 519
Birmingham, AL 35203

Pursuant to Local Bankruptcy Rule 1009-1(a), debtor(s) and their counsel represent that the claims of any added creditors arose prepetition.

/s/ Alexandra K. Garrett
Alexandra K. Garrett
Jason R. Watkins
SILVER, VOIT GARRETT & WATKINS
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251-343-0800
E-mail: agarrett@silvervoit.com
jwatkins@silvervoit.com
LS-9025-15409

/s/ Jay R. Bender
Jay R. Bender
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: 205-521-8000
E-mail: jbender@bradley.com,
jbailey@bradley.com

Attorneys for Judson College

CERTIFICATE OF SERVICE

I, Alexandra K. Garrett, do hereby certify that I filed a copy of the foregoing *Cumulative Statement of Amendments* with the Court using the EM/ECF filing system and served the same upon the following counsel, creditors, and parties in interest on February 8, 2024 in the manner set forth below:

**By Electronic Service:**

BANKRUPTCY ADMINISTRATOR
mark_zimlich@alsba.uscourts.gov

J. Evans Bailey on behalf of Interested Party Alabama Baptist State Convention
ebailey@rushtonstakely.com

J. Evans Bailey on behalf of Interested Party State Board of Missions of the Alabama Baptist State Convention
ebailey@rushtonstakely.com

J. Evans Bailey on behalf of Interested Party Rick Lance
ebailey@rushtonstakely.com

James Blake Bailey on behalf of Debtor 1 Judson College
jbailey@bradley.com, jbailey@ecf.courtdrive.com

Jay R. Bender on behalf of Debtor 1 Judson College
jbender@bradley.com, hball@ba-boult.com

Frederick D. Clarke on behalf of Creditor Ad Hoc Committee of Bondholders
fclarke@rumberger.com, ldowner@rumberger.com;docketingorlando@rumberger.com

Alexandra K. Garrett on behalf of Debtor 1 Judson College
agarrett@silvervoit.com,
notices@silvervoit.com,g35461@notify.cincompass.com;garrett.alexandrak.b@notify.bestcase.com

Debra Lewis on behalf of Creditor Regions Bank
dlewis@balch.com

Jeremy L. Retherford on behalf of Creditor Regions Bank
jretherford@balch.com, blankford@balch.com

Robert P. Reynolds on behalf of Creditor West Alabama Bank & Trust
rreynolds@rrllaw.com

Daniel D. Sparks on behalf of Debtor 1 Judson College
ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com

Jason R. Watkins on behalf of Debtor 1 Judson College
jwatkins@silvervoit.com, JAY@ecf.courtdrive.com;ohock@silvervoit.com

R. Scott Williams on behalf of Creditor Ad Hoc Committee of Bondholders
swilliams@rumberger.com,
docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumberger.com

**By First Class U.S. Mail, Postage Prepaid:**

C.I.O.S. Foundation
Attn.: President
P.O. Box 20815

Waco, TX 76702

Dex Imaging
500 Staples Dr.
Framingham, MA 01702

Educational Bldg. Auth of City of Marion
City Hall
Marion, AL 36756

First Cahawba Bank
Attn : President
2610 Citizens Parkway
Selma, AL 36701

First Cahawba Bank
c/o James McNeill, Jr.
Hobbs & Haine, P.C. P.O. Box 1190
Selma, AL 36702-1190

Great America Financials Services Corp.
Attn: President
625 First St.
Cedar Rapids, IA 52401-2030

Judson Foundation
302 Bibb Street,
Marion, AL 36756

Marion Bank & Trust
Attn: President
601 Washington St.
Marion, AL 36756

Marion Bank & Trust
c/o Patrick Sefton
Capell & Howard, P.C.
150 S. Perry St.
Montgomery, AL 36104

Sage Dining Services, Inc.
Attn: President
1402 York Rd. , Suite 100
Lutherville Timonium, MD 21093

US Department of Education
400 Maryland Ave, SW
Washington, DC 20202

West Alabama Bank & Trust
Attn: Tab Swann, Regional Exec.
31 McFarland Blvd. Suite 100
Northport, AL 35476

West Alabama Bank & Trust
c/o Robert P. Reynolds
Reynolds, Reynolds & Little, LLC Post of
Tuscaloosa, AL 35403-2863

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987

Daphne Robinson and James Hopson Sanford
c/o Bruce Rogers, Sela Stroud Blanton
Bainbridge Mims Rogers Smith LLP
SouthState Bank Building
600 Luckie Drive, Suite 415
Birmingham, AL 35223

Dr. Joan Vignes Newman
c/o Richard E. Smith
Christian & Small
Financial Center
505 North 20th Street, Suite 1800
Birmingham, AL 35203

Dr. Judith Favor
c/o Robert Baugh
Dentons Sirote P.C.
2311 Highland Avenue South
Birmingham, AL 35205


Joseph W. Matthews, Jr.
c/o J. Rushton McClees
Dentons Sirote P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Charles F. Dunkin, Roy A. Barnett, Jr., and Bruce Fuller

c/o Maxwell H. Pulliam
Maxwell H. Pulliam LLC
The Kress Building
301 19th Street North, Suite 519
Birmingham, AL 35203

Regions Bank
Attn.: Corporate Trust Department
1901 Sixth Ave. N 28th floor
Birmingham, AL 35203

Regions Bank
c/o Jeremy Retherford
Balch & Bingham LLP
1901 Sixth Ave N.
Birmingham, AL 35203

                                                                          */s/ Alexandra K Garrett*
                                                                          Alexandra K. Garrett