IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:                                          )
                                                )
Judson College,                                 )        Case No. 24-20004
                                                )
        Debtor(s).                              )


ORDER CANCELLING STATUS CONFERENCE

The court cancels the status conference set in this case for February 27, 2024 (*see* doc.

29).  The hearing on the application to employ (doc. 62) will go forward as scheduled.

Dated:  February 22, 2024


_____
HENRY A. CALLAWAY
U.S. BANKRUPTCY JUDGE