# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1128–1 | User: admin | Date Created: 2/22/2024 |
| Case: 24–20004 | Form ID: pdf1 | Total: 24 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | BANKRUPTCY ADMINISTRATOR | mark_zimlich@alsba.uscourts.gov |
| aty | Alexandra K. Garrett | agarrett@silvervoit.com |
| aty | Daniel D. Sparks | ddsparks@csattorneys.com |
| aty | Debra Lewis | dlewis@balch.com |
| aty | Frederick D. Clarke | fclarke@rumberger.com |
| aty | J. Evans Bailey | ebailey@rushtonstakely.com |
| aty | James B. McNeill, Jr. | jbm@hhpclaw.com |
| aty | James Blake Bailey | jbailey@bradley.com |
| aty | Jason R. Watkins | jwatkins@silvervoit.com |
| aty | Jay R. Bender | jbender@bradley.com |
| aty | Jeremy L. Retherford | jretherford@balch.com |
| aty | Patrick L. Sefton | Pat.Sefton@chlaw.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Robert P. Reynolds | rreynolds@rrllaw.com |

TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Judson College | 302 Bibb St. Marion, AL 36756 |
| cr | West Alabama Bank & Trust | c/o Robert P. Reynolds Post Office Box 2863 Tuscaloosa, AL 35403–2863 UNITED STATES |
| cr | Regions Bank | 1901 Sixth Ave. N., Suite 1500 Birmingham, AL 35203 |
| cr | Ad Hoc Committee of Bondholders | Rumberger Kirk 2001 Park Place Suite 1300 Birmingham, AL 35203 |
| ba | Mark S. Zimlich | U.S. Bankruptcy Administrator 113 St. Joseph St. Ste. 520 Mobile, AL 36602 |
| intp | Rick Lance | 1404 Fairview Avenue Prattville, AL 36066 |
| intp | State Board of Missions of the Alabama Baptist State Convention | 1404 Fairview Avenue Prattville, AL 36066 |
| intp | Alabama Baptist State Convention | 1404 Fairview Avenue Prattville, AL 36066 |
| aty | First Cahawba Bank | Hobbs & Hain, P.C. P.O. Box 1190 Selma, AL 36702 UNITED STATES |
| cr | Marion Community Bank | Capell & Howard, P.C. 150 South Perry Street Montgomery, AL 36104 UNITED STATES |

TOTAL: 10